1  Alan Adelman, Esq., California Bar Number:  170860
   LAW OFFICES OF ALAN ADELMAN
2  240 Stockton Street, 4th Floor
   Union Square
3  San Francisco, California 94108
   Telephone: (415) 956-1376
4  Facsimile: (415) 358-4060

5  Attorney for Plaintiff
   PIAN WU
6
   Baldwin J. Lee, Esq., California Bar Number:      187413
7  Alexander Nestor, Esq., California Bar Number:    202795
   Boris Reznikov, Esq., California Bar Number:      261776
8  ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
   Three Embarcadero Center, 12th Floor
9  San Francisco, CA 94111-4074
   Telephone: (415) 837-1515
10 Facsimile: (415) 837-1516

11 Attorneys for Defendant
   GOOGLE, INC.
12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 PIAN WU,                                ) Case No.  C 13-01871 JSW
                                           )
17            Plaintiff,                    ) STIPULATION AND [PROPOSED] ORDER
                                           ) TO CONTINUE THE HEARING DATE FOR
18 vs.                                      ) THE INITIAL CASE MANAGEMENT
                                           ) CONFERENCE AND ASSOCIATED
19                                          ) DEADLINES
                                           )
20 GOOGLE, INC.,                            )
                                           )
21            Defendant.                    )
                                           )
22                                          )
                                           )
23                                          )

24        The parties to this litigation, by and through their respective attorneys of record, hereby

25 submit this stipulation and [proposed] order to continue the hearing date for the Initial Case

26 Management Conference and associated deadlines.

27        WHEREAS the Initial Case Management Conference is currently set to take place on

28 August 9, 2013 at 1:30 p.m.;

1    WHEREAS Plaintiff's attorney of record, Alan Adelman, Esq., is scheduled to be away on

2  a vacation on August 9, 2013 which was planned prior to this Court's issuance of the current

3  scheduling order;

4    WHEREAS the parties wish to reschedule the Initial Case Management Conference for a

5  date on which counsel for both parties are available to appear;

6    WHEREAS counsel for both parties are available to attend an Initial Case Management

7  Conference on August 23, 2013;

8    Accordingly, the parties to this matter, by and through their attorneys of record, hereby

9  stipulate to continuing the hearing date for the Initial Case Management Conference to August 23,

10  2013 at 1:30 p.m.;

11    The parties to this matter, by and through their attorneys of record, further stipulate to the

12  deadline for exchanging Rule 26 Disclosures and for filing a Joint Case Management Conference

13  Statement to be continued to August 16, 2013.

14    SO STIPULATED.

15  Dated: June 11, 2009                          LAW OFFICES OF ALAN ADELMAN

16
                                   By:    ___/s/  Alan Adelman_____
17                                          ALAN ADELMAN
                                            Attorney for Plaintiff
18

19  Dated: June 11, 2009                          ALLEN MATKINS LECK GAMBLE MALLORY &
                                                  NATSIS LLP
20

21                                 By:    _____
                                            BALDWIN J. LEE
22                                          Attorneys for Defendant

23

24

25

26

27

28

1

## [PROPOSED] ORDER

2

Pursuant to the stipulation of the parties and good cause appearing, this Court's Order

3

Setting Initial Case Management Conference and ADR Deadlines is modified as follows:

4

5
1.  The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file the Initial Case Management Statement shall be August 16, 2013;

6

7
2.  The Initial Case Management Conference shall be conducted in Courtroom 11 of this Court on August 23, 2013 at 1:30 p.m.

8
**IT IS SO ORDERED.**

9
Dated:   June 17, 2013

10

11
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28