Alan Adelman, Esq., California Bar Number: 170860
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 4th Floor
Union Square
San Francisco, California 94108
Telephone: (415) 956-1376
Facsimile: (415) 358-4060

Attorney for Plaintiff
PIAN WU

Baldwin J. Lee, Esq., California Bar Number:     187413
Alexander Nestor, Esq., California Bar Number:   202795
Boris Reznikov, Esq., California Bar Number:     261776
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Telephone: (415) 837-1515
Facsimile: (415) 837-1516

Attorneys for Defendant
GOOGLE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIAN WU,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>　　　　Defendant. | Case No. C 13-01871 JSW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING DATE FOR THE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES |

The parties to this litigation, by and through their respective attorneys of record, hereby submit this stipulation and [proposed] order to continue the hearing date for the Initial Case Management Conference and associated deadlines.

WHEREAS the Initial Case Management Conference is currently set to take place on August 9, 2013 at 1:30 p.m.;

1  WHEREAS Plaintiff's attorney of record, Alan Adelman, Esq., is scheduled to be away on
2  a vacation on August 9, 2013 which was planned prior to this Court's issuance of the current
3  scheduling order;
4  WHEREAS the parties wish to reschedule the Initial Case Management Conference for a
5  date on which counsel for both parties are available to appear;
6  WHEREAS counsel for both parties are available to attend an Initial Case Management
7  Conference on August 23, 2013;
8  Accordingly, the parties to this matter, by and through their attorneys of record, hereby
9  stipulate to continuing the hearing date for the Initial Case Management Conference to August 23,
10 2013 at 1:30 p.m.;
11 The parties to this matter, by and through their attorneys of record, further stipulate to the
12 deadline for exchanging Rule 26 Disclosures and for filing a Joint Case Management Conference
13 Statement to be continued to August 16, 2013.
14 SO STIPULATED.

Dated: June 11, 2009        LAW OFFICES OF ALAN ADELMAN

                            By:    /s/  Alan Adelman
                                   ALAN ADELMAN
                                   Attorney for Plaintiff

Dated: June 11, 2009        ALLEN MATKINS LECK GAMBLE MALLORY &
                            NATSIS LLP

                            By:    [signature]
                                   BALDWIN J. LEE
                                   Attorneys for Defendant

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, this Court's Order Setting Initial Case Management Conference and ADR Deadlines is modified as follows:

1. The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file the Initial Case Management Statement shall be August 16, 2013;

2. The Initial Case Management Conference shall be conducted in Courtroom 11 of this Court on August 23, 2013 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June 17, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE